FILED
2008 Feb-15 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARY LEE STITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CV-07-JEO-1565-S |
| PAYCHEX, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Mary Lee Stitt and defendant Paychex, Inc. hereby stipulate that plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

_____
Scott A. Gilliland
Attorney for Plaintiff
Law Office of Scott Gilliland
400 Vestavia Parkway, Suite 241
Birmingham, AL 35216
205.978-8800 – Office
205.978-8811 – Facsimile
sagilliland@bellsouth.net

_____
Tammy L. Baker
Attorney for Defendant
Jackson Lewis, LLP
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
205.332.3106 – Office
205.332.3131 – Facsimile
bakert@jacksonlewis.com